

**FILED**
OCT 12 2017
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LESTER J BABINO JR,<br><br>Plaintiff,<br><br>vs.<br><br>JANSSEN AND SON, PEOPLEASE CORP, ARCH INSURANCE CORP, SIOUX FALLS SD VA HOSPITAL, CATHERINE DUENWALD, ADMINISTRATIVE LAW JUDGE;<br><br>Defendants. | 4:17-CV-04117-LLP<br><br><br>JUDGMENT |

Pursuant to the Order Granting Motion for Leave to Proceed In Forma Pauperis and Dismissing the Complaint with Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Lester J. Babino Jr., dismissing the case with prejudice.

DATED this 12th day of October, 2017.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
(SEAL)    DEPUTY